DAVID F. CHERMOL, ESQUIRE
Chermol and Fishman LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: dave@ssihelp.us
*PRO HAC VICE*
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

RAFIA SULTANA FAROOK,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

Case No. ED CV 19-262-JGB-PLA

**ORDER**

## ORDER

AND NOW, having considered Plaintiff's Motion for Attorney's Fees and any response thereto, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,000.00 and costs in the amount of $400.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is

/
/
/
/
/
/
/

provided to SSA, the award shall be paid directly to the order of David F. Chermol. All checks must be mailed care of the Law Offices of Chermol and Fishman.

IT IS SO RECOMMENDED:
DATED: January 13, 2020

Hon. Paul L. Abrams
United States Magistrate Judge

IT IS SO ORDERED:
DATED: January 17, 2020

Hon. Jesus G. Bernal
United States District Judge

-2-